IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES H. CARR,

    Petitioner,                                  No. CIV S-04-0584 MCE JFM P

    vs.

TOM CAREY, Warden,                        <u>ORDER</u>

    Respondent.

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to court order, this matter came on for further status conference on April 14, 2005. Ann McClintock, Assistant Federal Defender, appeared as counsel for petitioner. Lisa Tillman, Deputy Attorney General, appeared as counsel for respondent. After hearing, the court ordered petitioner to file anticipated motions to amend and for discovery so that said motions could be heard on this court's regular law and motion calendar on June 2, 2005.

        On May 5, 2005, petitioner filed a request for extension of time to file said motions. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's May 5, 2005 request for extension of time is granted;

/////

1

2. Petitioner shall file and serve all motions to amend and/or for discovery so that said motions may be heard on this court's regular law and motion calendar on July 14, 2005; and

3. No further extensions of time for filing said motions will be granted.

DATED: May 26, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12
carr0584.ext

2