1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10    CHARLES H. CARR,

11                  Petitioner,                  No. CIV S-04-0584 MCE JFM P

12        vs.

13    TOM CAREY, Warden,                                      <u>ORDER</u>

14                  Respondent.

15    _____/

16              Petitioner is a state prisoner proceeding through counsel with an application for

17    writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By this action, petitioner challenges a 2002

18    decision of a panel of the California Board of Prison Terms to deny him parole.  On June 13,

19    2005, petitioner filed a motion for leave to file a second amended petition, for stay and abeyance

20    pending exhaustion of state remedies as to additional claims, and for subsequent amendment

21    after exhaustion.[1]  Respondent opposes said motion.  On June 30, 2005, respondent filed a

22    request for leave to file a supplemental answer together with a proposed supplemental answer

23    raising the question of subject matter jurisdiction.

24    _____

25              [1]  Said motion was noticed for hearing on this court's regular law and motion calendar on
      July 14, 2005.  Carolyn Wiggin, Assistant Federal Defender, appeared as counsel for petitioner.
      Lisa A. Tillman, Deputy Attorney General, appeared as counsel for respondent.

26

                                                  1

1    This court finds that the question of the court's subject matter jurisdiction over

2  this action should be resolved before the other matters at bar.  Accordingly, good cause

3  appearing, IT IS HEREBY ORDERED that:

4    1.  Within thirty days from the date of this order, respondent shall file a motion to

5  dismiss this action for lack of jurisdiction.  Said motion shall be noticed for hearing on this

6  court's regular law and motion calendar and briefed in accordance with the provisions of Local

7  Rule 78-230.

8    2.  Respondent's June 30, 2005 request for leave to file a supplemental answer is

9  denied without prejudice.

10    3.  Petitioner's June 13, 2005 motion to file a second amended petition, for stay

11  pending exhaustion, and for subsequent amendment is denied without prejudice.

12  DATED:  July 14, 2005.

13

14

15  UNITED STATES MAGISTRATE JUDGE

16  12
   carr0584.oah

17

18

19

20

21

22

23

24

25

26

2