IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES H. CARR,

    Petitioner,                  No. CIV S-04-0584 MCE JFM P

    vs.

TOM CAREY, Warden,

    Respondent.               ORDER

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges a May 28, 2002 decision of a panel of the California Board of Prison Terms (Board) to deny him a parole date. This matter is before the court on respondent's motion to dismiss.

        Respondent contends, inter alia, that petitioner has no federally protected liberty interest in parole under California law. To support that contention, respondent relies on an order of the district court in Sass v. California Board of Prison Terms, 376 F.Supp.2d 975 (E.D.Cal. 2005). The Sass case is set for oral argument in the United States Court of Appeals for the Ninth Circuit on March 16, 2006. Good cause appearing, respondent's motion will be denied without prejudice to its renewal, as appropriate, not later than thirty days after any decision by the court of appeals in Sass.

1

In accordance with the above, IT IS HEREBY ORDERED that respondent's August 15, 2005 motion to dismiss is denied without prejudice.

DATED: February 15, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
mous2037.mtd