IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES H. CARR,                              No. 2:04-cv-0584-MCE-JFM-P

    Petitioner,

  v.                                          ORDER

TOM CAREY, Warden,

    Respondent.

_____/

    On March 6, 2006, Respondent filed a Request for Reconsideration of the Magistrate Judge's Order filed February 15, 2006, denying without prejudice respondent's Motion to Dismiss.  On March 9, 2006, Petitioner filed a Response to Respondent's Request for Reconsideration.

    Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

1  Therefore, IT IS HEREBY ORDERED that, upon reconsideration,
2 the Order of the magistrate judge filed February 15, 2006, is
3 affirmed.
4 DATED: April 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE