DANIEL J. BRODERICK, #89424
Federal Defender

CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Petitioner
CHARLES H. CARR


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. CARR, ) | No. Civ. S 04-00584 MCE JFM |
| ) | |
| Petitioner, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| CAROL DALY, ) | Judge: Hon. John F. Moulds |
| ) | |
| Respondent. ) | |
| ) | |
| _____ ) | |

For the reasons set forth in the unopposed request, and good cause appearing therefor, it is hereby ORDERED that the request for permission to file a supplemental brief in support of the First Amended Petition is GRANTED. Petitioner's supplemental brief shall be filed no later than 30 days after the date this order is filed.

/////

/////

*Carr v. Daly*
Civ. S-04-584 MCE JFM
Order                                    1

1    Respondent may file a responsive brief or motion within 30 days of
2 the date Petitioner's Supplemental Brief is filed and served.
3    IT IS SO ORDERED.
4 Dated: November 13, 2006.

UNITED STATES MAGISTRATE JUDGE

/carr0584.ext2

*Carr v. Daly*
Civ. S-04-584 MCE JFM
Order                                    2