IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES H. CARR, JR.,** | CIV S-04-0584 MCE JFM P |
| Petitioner, | **ORDER** |
| v. | |
| **CAROL DALY, et al.,** | |
| Respondents. | |

GOOD CAUSE HAVING BEEN SHOWN, Respondents are granted a thirty-day extension of time, to and including February 15, 2007, within which to file a response to the Supplemental Brief in Support of First Amended Petition for Writ of Habeas Corpus.

Dated: January 24, 2007.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/carr0584.ext3

Order

1