IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. CARR, JR., | No. 2:04-cv-0584-MCE-JFM-P |
| Petitioner, | |
| v. | RELATED CASE ORDER |
| THOMAS L. CAREY, Warden, et al., | |
| Respondents. / | |
| CHARLES H. CARR, | No. 2:05-cv-01870-FCD-EFB-P |
| Petitioner, | |
| v. | |
| BOB HOREL, Acting Warden, et al., / | |
| CHARLES H. CARR, | No. 2:05-cv-01871-DFL-DAD-P |
| Petitioner, | |
| v. | |
| BOB HOREL, et al., | |
| Respondents. / | |

1

1 Examination of the above-entitled actions reveals that these cases are related within the
2 meaning of Local Rule 83-123(a), E.D. Cal. (2005).  The actions involve similar questions of fact
3 and the same question of law.  Accordingly, assignment of the matters to the same judge is likely
4 to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

5 The parties should be aware that relating the cases under Local Rule 83-123 merely has
6 the result that the actions are assigned to the same judge; no consolidation of the actions is
7 effected.  Under the regular practice of this court, related cases are generally assigned to the
8 judge and magistrate judge to whom the first filed action was assigned.

9 Therefore, IT IS ORDERED that the actions denominated as Case No. 2:05-cv-01870-
10 FCD-EFB-P and 2:05-cv-01871-DFL-DAD-P are reassigned to Judge Morrison C. England, Jr.
11 and Magistrate Judge John F. Moulds for all further proceedings.  Henceforth, the caption on
12 documents filed in the reassigned cases shall be shown as No. 2:05-cv-01870-MCE-JFM-P and
13 No. 2:05-cv-01871-MCE-JFM-P, respectively.

14 IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in
15 the assignment of civil cases to compensate for this reassignment.

Dated: June 4, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE