IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES H. CARR, JR.,

    Petitioner,                   No. 2:05-cv-1870 MCE JFM (HC)

    vs.

JEANNE WOODFORD, BOB HOREL, Acting Warden,

    Respondents.

_____/

CHARLES H. CARR,

    Petitioner,                   No. 2:05-cv-1871 MCE JFM (HC)

    vs.

BOB HOREL, Acting Warden,

    Respondents.

_____/

CHARLES H. CARR,

    Petitioner,                   No. 2:04-cv-0584 MCE JFM (HC)

    vs.

D.K. SISTO,

    Respondent.

_____/

1

AMENDED ORDER[1]

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On February 4, 2009, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Respondent[2] has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

On February 5, 2009, Petitioner filed a request for modification of recommended relief, arguing that returning this matter to the Board to set a parole release date would unnecessarily delay petitioner's release. Id. at 2. This request was expanded by Petitioner's request for clarification, in which Petitioner requests that "any surplus time [Petitioner] has been incarcerated beyond the date he should have been released on parole should be credited toward his post-release parole period." Respondent has filed an opposition to Petitioner's request on the ground that such a claim for relief is unexhausted and was not sought in the underlying petitions. For example, in Case No. 2:04cv0584 MCE JFM (HC), petitioner asked for his "immediate release from prison." Id. Petitioner did not contend he should be released and discharged from parole without serving parole.

---

[1] In light of both parties' requests for clarification filed March 2 and 3, 2009, the March 2, 2009 Order and Judgment will be vacated.

[2] The March 2, 2009 Order contained a typographical error stating that Petitioner had filed objections. The record reflects that only Respondent filed objections.

In Respondent's Opposition to Petitioner's Request for Clarification, Respondent also reiterates the argument, originally voiced by way of objection to the Magistrate Judge's findings and recommendations, that this Order be stayed pending a decision by the Circuit in <u>Hayward v. Marshall</u>, 512 F.3d 536, 542 (9th Cir. 2008), reh'g en banc granted, 527 F.3d 797 (9th Cir. 2008). That argument was already rejected by the court in its original March 2, 2009 Order adopting the findings and recommendations.

Upon review of the record, the court finds Respondent's opposition to the request to be well-taken. Petitioner's requests will be denied. No good cause appearing, Respondent's request for stay will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. The March 2, 2009 order and judgment (Docket Nos. 63 & 64) are vacated;

2. Petitioner's February 5, 2009 request for modification of relief (Docket No. 61) is denied;

3. Respondent's request to stay this matter pending <u>Hayward</u>, <u>supra</u>, (Docket No. 67) is denied;

4. The findings and recommendations filed February 4, 2009 (Docket No. 60), are adopted in full;

5. Petitioner's applications for a writ of habeas corpus are granted; and

6. Respondent is directed to forthwith set a parole release date for petitioner.

Dated: March 17, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

/carr1870.jo3