1  DANIEL J. BRODERICK, #89424
   Federal Defender

2
   CAROLYN M. WIGGIN, Bar #182732
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6

7  Attorney for Petitioner
   CHARLES H. CARR, JR.

8

9

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14  CHARLES H. CARR, JR.,              )   No.  2:04-cv-00584-MCE -JFM
                                       )
15                  Petitioner,        )
                                       )   STIPULATION AND ORDER STAYING CASE
16      v.                             )   UNTIL JANUARY 26, 2012
                                       )
17  CAROL DALY,                        )
                                       )
18                  Respondent.        )
                                       )   Judge: Hon. John F. Moulds
19  _____  )

20      Petitioner, CHARLES H. CARR, JR., by and through counsel, Assistant Federal Defender Carolyn

21  M. Wiggin, and Respondent, Warden CAROL DALY, by and through counsel, Deputy Attorney General

22  Pamela B. Hooley, hereby stipulate to and jointly request a stay of the proceedings in this matter until

23  January 26, 2012.

24      Mr. Carr was released from prison pursuant to this Court's order in related case nos.

25  2:04-cv-00584-MCE-JFM,  2:05-cv-01870-MCE-JFM, and 2:05-cv-01871-MCE-JFM.

26  /////

27

28  Stipulation and Order
    00285239.wpd                              1

1    On June 28, 2011, the Ninth Circuit reversed the judgments in those three cases and remanded the

2    cases to this Court for further proceedings. *See Carr v. Sisto*, No. 09-15615, *Carr v. Woodford*, No.

3    09-15616, and *Carr v. Horel*, No. 09-15617.  Rather than immediately seek Mr. Carr's return to state

4    prison, the California Board of Parole Hearings held a "Not in Custody" or "NIC" parole consideration

5    hearing for Mr. Carr on September 21, 2011.  At the conclusion of that hearing the panel found Mr. Carr

6    suitable for parole.  If neither the Board nor the Governor vacate or reverse the panel's decision, it will

7    become final on or before January 19, 2012.

8    In order to conserve judicial resources, the parties ask that the Court stay this case until the parties

9    know whether the parole suitability decision is to become final.  Assuming that the decision becomes final

10   on or before January 19, 2012, then one week later, on January 26, 2012, the stay in this matter will be

11   lifted and Mr. Carr will file a request to voluntarily dismiss this petition.  If, on the other hand, the parole

12   suitability decision is vacated or reversed by the Board or Governor, then on or before January 26, 2012,

13   the parties will file a joint status report regarding the need, if any, for further motions or briefing.

14

                                         Respectfully submitted,

15

                                         DANIEL BRODERICK
16                                       Federal Defender

17

Dated: October 21, 2011                  */s/ Carolyn M. Wiggin*
18                                       CAROLYN M. WIGGIN
                                         Assistant Federal Defender
19
                                         Attorneys for Petitioner
20                                       CHARLES H. CARR

21

22                                       KAMALA D. HARRIS
                                         Attorney General of the State of California
23

24   Dated: October 21, 2011             */s/ Pamela B. Hooley*
                                         PAMELA B. HOOLEY
25                                       Deputy Attorney General

26                                       Attorneys for Respondent

27

28   Stipulation and Order
     00285239.wpd                                    2

1                                              ORDER

2          Pursuant to the parties' stipulation, and good cause appearing therefor, it is hereby ORDERED that

3    this matter is stayed until January 26, 2012.   On or before January 26, 2012, either petitioner shall file a

4    request for voluntary dismissal of this petition or the parties shall file a joint status report regarding the

5    need, if any, for further motions or briefing.

6          IT IS SO ORDERED.

7

8    Dated: November 7, 2011.

9

10                                                  _____
                                                    UNITED STATES MAGISTRATE JUDGE
11

12
     /carr0584.stip2
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Stipulation and Order
     00285239.wpd                                      3