1   DANIEL J. BRODERICK, Bar #89494
    Federal Defender
2   CAROLYN M. WIGGIN, Bar # 182732
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Petitioner
    CHARLES H. CARR, JR.

6

7

8            IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  CHARLES H. CARR, JR.,                )   No. 2:04-cv-00584-MCE -JFM
                                         )
12              Petitioner,              )
                                         )
13       v.                              )   **STIPULATION TO LIFT STAY AND**
                                         )   **FOR VOLUNTARILY DISMISSAL;**
14  CAROL DALY,                          )   **ORDER**
                                         )
15              Respondent.              )
                                         )
16  _____     )

17       Petitioner, Charles H. Carr, Jr., by and through counsel, Assistant Federal Defender

18  Carolyn M. Wiggin, and Respondent, Carol Daly, by and through counsel, Deputy Attorney

19  General Pamela B. Hooley, hereby stipulate to and jointly request that this Court lift the stay

20  that is currently in place in this matter.

21       Pursuant to Rule 12 of the Rules Governing Section 2254 Proceedings and Rule

22  41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, the parties further stipulate to

23  //

24  //

25  //

26  //

27  //

28  286745                               1

1    dismissal of this action.  Mr. Carr was found suitable for parole on September 21, 2011, and

2    that decision has now become final.

3

4                                                    Respectfully submitted,

5                                                    DANIEL BRODERICK
                                                     Federal Defender
6

7    Dated: November 17, 2011                        /s/ Carolyn M. Wiggin
                                                     CAROLYN M. WIGGIN
8                                                    Assistant Federal Defender

9                                                    Attorneys for Petitioner
                                                     CHARLES H. CARR
10

11   Dated: November 19, 2011                        /s/ Charles H. Carr[1]
                                                     CHARLES H. CARR
12

13                                                   KAMALA D. HARRIS
                                                     Attorney General of the State of California
14

15   Dated: November 17, 2011                        /s/ Pamela B. Hooley
                                                     PAMELA B. HOOLEY
16                                                   Deputy Attorney General
                                                     Attorneys for Respondent
17   _____

18                                        ORDER

19          Pursuant to the parties' stipulation, and good cause appearing therefor, it is hereby

20   ordered that the stay in this matter is lifted.  It is further ordered that this petition is dismissed.

21   The Clerk of the Court is directed to close this case.

22          IT IS SO ORDERED.

23    Dated:  December 8, 2011

24

25   _____
                                                     MORRISON C. ENGLAND, JR.
26                                                   UNITED STATES DISTRICT JUDGE

27

28   _____

         1.      Original signature on file with defense counsel.